1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Lin CHEN

6               **UNITED STATES DISTRICT COURT**

7               **NORTHERN DISTRICT OF CALIFORNIA**

8
   Lin CHEN
9                                          Case No. **C-07 - 3147**
10                                                                **RS**
                                         )
11                 Plaintiff,            )   **COMPLAINT FOR WRIT IN THE**
                                         )   **NATURE OF MANDAMUS**
12  vs.                                  )
                                         )
13  *Michael Chertoff*, Secretary of the )
    Department of Homeland Security;     )
14  *Robert S. Mueller,*                 )
    Director of Federal Bureau of Investigation )
15                                       )
                   Defendants.           )   "Immigration Case"
16  _____  )

17

18        Plaintiff, Lin CHEN by and through her undersigned attorney, sues Defendants and states

19  as follows:

20  1.      This action is brought against the Defendants to compel action on the Application to

21
22  Adjust to Permanent Resident Status based on marriage to her U.S. Citizen Spouse, or Form I-485,

23  properly filed by the Plaintiff. The application remains within the jurisdiction of the Defendants, who

24  have improperly withheld action on said application to Plaintiff's detriments.

25                                  **PARTIES**

26
27  2.      Plaintiff Lin CHEN (A95 315 518) (DOB: 06/20/1976) is a native and citizen of the

28  People's Republic of China. She  filed the Form I-485, Application to Register Permanent

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT                          F:\Joanna\Imm\Mandamus\Chen, Lin --Complaint.wpd

Resident or Adjust Status, on August 13, 2003 and is seeking to become lawful permanent resident of the United States as beneficiary of 129F, Petition for Piance(e) of United States Citizen, after she married her U.S. Citizen Spouse.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity.  He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS  8 U.S.C. 1103(a); 8 C.F.R.  2.1.

4.     Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State.  As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## JURISDICTION

5.     Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.*  Relief is requested pursuant to said statutes.

## VENUE

6.     Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiffs reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7.     Plaintiff has exhausted her administrative remedies.

## CAUSE OF ACTION

8.     Plaintiff Lin Chen filed her application to Register Permanent Resident (Form I-485) at the USDHS San Jose District Office on August 13, 2003, and Plaintiff also had her interview on December 18, 2003 at the San Jose District Office (**Exhibit 1: Copy of I-485 Receipt , Interview Notice, Letter for Additional Documents, and Adjustment of Status Notice**).

9.     According to the Service Center processing dates, the USCIS San Jose Office is currently processing I-485 adjustment application filed on November 13, 2006 (**Exhibit 2: Copy of San Jose CA Processing Dates Posted on May 21, 2007**).  Plaintiff's I-485 application has now remained pending for more than three years and ten months from the date of the filing.

10.Based on numerous responses from the U.S.C.I.S. and FBI, Plaintiff Lin CHEN's case is pending FBI name check (**Exhibit 3: Copies of Responses**).

11.     Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.  Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's I-485 application for more than three years and ten months from the date of filing, thereby depriving her of the rights to the decisions on her application and the peace of mind to which Plaintiff is entitled.

12.     Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a)     Plaintiff Lin CHEN has been damaged by simply being deprived of the adjudication of her Application to Adjust to Permanent Resident Status for over three years and ten months. Plaintiff has also been unable to plan or pursue a future course of action in the United States due to the pendency of her I-485 application.

    (b)     Plaintiff Lin CHEN has  been damaged in that his employment authorization is tied

to her status as applicant for permanent residency, and is limited to increments not to exceed one year. 8 CFR §274a.12(c)(9). Therefore, Plaintiff will be forced to repeatedly apply and pay for extensions of employment authorization, to the continued inconvenience and harassment of Plaintiff to continually insure her work and travel eligibility.

    (c)    Plaintiff Lin CHEN has ben further damaged in that her application for naturalization, which is three years after the approval of her I-485, has been delayed due to the pendency of her I-485.

13.    The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

14.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a)    requiring Defendants to expeditiously complete Plaintiff's FBI Security Checks for her I-485 application, if security check is the reason for the delay;

    (b)    requiring Defendants to expeditiously process Plaintiff's I-485 Application to conclusion;

    (c)    awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

1    (d)    granting such other relief at law and in equity as justice may require.

2

3

4    Dated:    June 13, 2007                                 Respectfully submitted,

5

6

7

8                                                            Justin K. WANG, Esq.

9                                                            Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

3        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

4    the named parties, there is no such interest to report.

5
6
7    Dated:        June 13, 2007                              Respectfully submitted,

8
9
10                                                            _____
11                                                            Justin X. WANG, Esq.
                                                              Attorney for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## LIST OF ATTACHMENTS

| Exhibit | Description |
| --- | --- |
| 1 | Copy of I-485 Receipt , Interview Notice, Letter for Additional Documents, and Adjustment of Status Notice |
| 2 | Copy of San Jose CA Processing Dates Posted on May 21, 2007 |
| 3 | Copies of Responses re: Name check |

Ex.1

```
            A

         USDHS
       SAN JOSE
    RETAIN THIS RECEIPT

  9:57AM    Aug 13/03
  00-0000 002    SNJ-EL
  #57465

  A #         95315518
  Last Name      CHEN
  First Name      LIN

  I-485      $255.00
  I-765      $120.00

  XTTL       $375.00
  Check      $255.00
  Check      $120.00

  XOfficialX
  XDocumentX
```

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
1887 MONTEREY ROAD
SAN JOSE, CALIFORNIA 95112

LIN CHEN
GUOBING XIANG
3131 HOMESTEAD RD , APT. 9B
SANTA CLARA, CA 95051

FILE NUMBER: A  95 315 518
DATE:  11/05/2003

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:        1887 MONTEREY ROAD, ROOM 200
                        SAN JOSE, CA 95112

DATE AND TIME:          12/18/2003
                        08 : 00 AM

OFFICER:
                        DESK #5

REASON FOR APPOINTMENT:     APPLICATION FOR ADJUSTMENT OF STATUS

THIS INTERVIEW WILL BE VIDEO TAPED.

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] PETITIONER AND ALL BENEFICIARY(S) MUST BE PRESENT.  BRING THIS LETTER, ALL PASSPORT(S) AND OFFICIAL ID AND MEDICAL EXAM RESULTS.

- [X] BRING ORIGINALS OF ALL DOCUMENTS SUBMITTED WITH YOUR APPLICATION. BRING ONE COPY OF THE FOLLOWING DOCUMENTS FOR EACH BENEFICIARY:

- [X] A CURRENT LETTER OF EMPLOYMENT FOR YOU, THE PETITIONER AND THE CO-SPONSOR (SALARY, START DATE, AND POSITION).

- [X] ORIGINAL AND ONE COPY OF YOURS AND ANY CO-SPONSOR'S INCOME TAX FORMS WITH W-2'S FOR THE LAST THREE YEARS.

- [X] BRING ALL ORIGINALS AND ONE COPY (FOR EACH FAMILY MEMBER APPLYING WITH YOU) OF THE ITEMS CHECKED BELOW:

- [X] REGISTERED MARRIAGE CERTIFICATE, INSURANCE POLICIES, RENTAL AGREEMENTS, DEEDS, BANK/CREDIT STATEMENTS, CHILDREN'S BIRTH RECORDS.

- [X] UTILITY BILLS, WEDDING PHOTOS, AND ANY OTHER EVIDENCE YOU FEEL WOULD HELP ESTABLISH THAT YOUR MARRIAGE IS BONAFIDE.

---

\* FAILURE TO BRING THE ABOVE MAY RESULT IN DENIAL OF YOUR APPLICATION.
\* PLEASE ARRIVE AT LEAST 20 MINUTES BEFORE YOUR SCHEDULED APPOINTMENT. REPORT
TO THE APPOINTMENT LINE AT THE MAIN ENTRANCE OF THE BUILDING.
\* FAILURE TO ARRIVE AT YOUR SCHEDULED APPOINTMENT TIME WILL RESULT IN YOUR
APPOINTMENT BEING RESCHEDULED OR CASE DENIED. (DO NOT ARRIVE LATE)
\* AFTER ARRIVING IN ROOM 219 PLACE THIS LETTER IN THE BOX BELOW WINDOW #2 AND
WAIT UNTIL YOU ARE CALLED BY AN OFFICER.



# UNITED STATES DEPARTMENT OF JUSTICE
*Immigration and Naturalization Service*
1887 Monterey Rd. Room. 219
San Jose, CA. 95112

## SUBMIT THIS NOTICE WITH REQUIRED DOCUMENT(S) AND KEEP A COPY OF THIS NOTICE AND SUPPORTING DOCUMENTS FOR YOUR RECORD

Applicant's Name: *LIN CHEN*    Date: *12/18/03*

Refer to File #: *A 95 315 518*    Officer: JIMENEZ

A decision cannot be made until you submit the document(s) or information requested below. PLEASE MAIL the document(s) information to the above address within 87 days. Pursuant to 8 CFR 103.2(b)(8), you have 12 weeks from the date of this notice to comply. Failure to do so may result in the denial of your application.

Submit the following documents: *(All documents containing language other than English must be submitted with a full English Translation*

- [ ] Form I-130 Relative Alien Petition (Copy of original or completed duplicate no fee)
- [ ] Form I-693 Medical Examination AND Supplemental form to I-693 (all required Immunizations/Vaccinations)
- [ ] Form I-134 / I-864 Affidavit of Support - From petitioner and/or Co-Sponsor
- [ ] Form G-325A Biographic Information
- [ ] Fingerprints Referral for ASC at SNJ / SALINAS on: _____
- [ ] Form I-601, Application for Waiver of Grounds of Excludability, $195.00 Check/Money Order (payable to "INS") **AND** Statement of Extreme Hardship from Petitioner (health, financial consideration, education, personal consideration, special factors, etc.).
- [ ] Immigration specified color photos (3)
- [ ] Advance Parole (I-512) OR Copy of all foreign travel documents.
- [ ] Police clearances for all jurisdictions where you have resided for the **last 5 years.**
- [ ] Employment letter with company letterhead (business stationery) showing salary, start date, and position held) sponsor/and co-sponsor.
- [x] Proof of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and other evidence of marital union, etc.).
- [ ] **Certified Final Court Dispositions AND Conviction Documents,** or evidence of expungement of record, or "No Record" found from court of your arrest (s):
- [ ] Non-Availability of document certified by civil authorities for _____
- [ ] Original and a Copy of registered birth certificate for _____
- [ ] Original and a Copy of registered marriage certificate between _____
- [x] Original and a Copy of registered FINAL divorce decree between *MALI WU AND GUOBING*
- [ ] Original and a Copy of registered death certificate of *SHAN CAI AND GUOBING*
- [x] Two (2) affidavits regarding *RESIDENCE*
- [ ] Copy of Naturalization Certificate for OR U.S. passport of: _____
- [ ] Complete copies of Income Tax Returns AND W-2 for _____
- [ ] A statement from an officer of the bank or other financial institution in which you have deposits, including deposit/withdrawal history for the last 12 months, and current balance of: _____
- [ ] Other _____

- [ ] *Your application for permanent resident is pending for fingerprint clearance. It will take approximately 120 days to receive the fingerprint result. After 90 days of your fingerprint taken, please send us a copy of this notice to the address above.*

- [x] New Address (if you moved)

*For* Warren Janssen, Officer in Charge

**U.S. Department of Homeland Security**
*Citizenship and Immigration Services*

1887 Monterey Road, Room 200
San Jose, CA 95112

## ADJUSTMENT OF STATUS NOTICE

LIN CHEN

DATE: 12/18/2003
ALIEN REGISTRATION #:
A 95 315 518
Riding With_____

Dear Applicant:

Your application for permanent resident status is pending for the reason(s) checked below:

---

INQUIRIES WILL NOT BE ACCEPTED UNTIL 120 DAYS AFTER YOUR INTERVIEW. No response will be given if submitted prior to the 120 days. Inquiries may be submitted in one of the following manners:

WALK-IN OR DROP OFF INQUIRY:    OR    MAIL
INFORMATION UNIT LOBBY                          Citizenship & Immigration Services
1887 Monterey Road, San Jose, CA            ATTN: AOS INQUIRIES, Room 200
SERVICE HOURS: Mon., Tues., Wed. and Fri. - 7:00 AM – 3:00 PM    1887 Monterey Road
Thurs. – 7:00 AM – 12:00 NOON                San Jose, CA 95112

**NOTE: Please bring this notice with you if you come to the office. Please include a copy of this notice with any correspondence.**

---

[X] A required background check has been initiated; however, a response is still pending for
[✓] you   ☐ your spouse   ☐ your child(ren):_____.

☐ According to this month's visa bulletin, a visa number is not currently available for you. It is recommended that you call the State Department's Visa Bulletin telephone number, (202) 663-1541, on a monthly basis to determine when a visa number will become available. Your category is:_____
Country of Chargeability:_____ Priority Date_____. *When a visa number is available, you should MAIL a copy of this notice to:*
*C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

☐ The Service has determined that there is another immigration file that must be obtained and reviewed before your case can be completed.

☐ You will be advised of the time and date of a second interview. *If you have not heard anything from us within* **six months** *from the above date, you may inquire concerning your case in Room 219, Window 2.*

☐ An additional review of your case is required before a determination can be made as to your eligibility.

☐ Asylum Adjustment visa numbers are **NOT** available until **October 1st** of each year.   If you have not heard anything by **December 1st** of that year, mail a copy of this notice to:
*C.I.S. Attention: Priority Date; 1887 Monterey Road; San Jose, CA 95112.*

[✓] Please follow the instructions on attached Form I-72. You must submit all requested documents within 90 days. Additional time may not be granted (see 8 CFR 103.2(b)(8)).

DAO
WR-830   (SN.T) 2210   (TREV. 06/05/03)                          ☐ Attorney Notified

Ex. 2



Home   Contact Us   Site Map   FAQ

Search 
Advanced Search

| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

Print This Page      Back

# U.S. Citizenship and Immigration Services
## San Jose CA Processing Dates
## Posted May 21, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is

Case 5:07-cv-03147-RS    Document 1    Filed 06/14/2007    Page 15 of 22

because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted May 21, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | November 13, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | November 13, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 08, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | November 08, 2006 |
| I-765 | Application for Employment Authorization | February 26, 2007 |
| N-400 | Application for Naturalization | August 22, 2006 |
| N-600 | Application for Certification of Citizenship | May 12, 2006 |

Print This Page          Back

**06-13-2007 02:53 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Ex.3

FORTNEY PETE STARK
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS
JOINT COMMITTEE
ON TAXATION
WWW.HOUSE.GOV/STARK

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

June 6, 2007

Guobing Xiang
33022 Alicante Terrace
Union City, CA 94587

Dear Mr. Xiang:                    Ref: A95 315 518

In reply to my inquiry on your behalf, Citizenship and Immigration Services, San Jose, has informed me that your case is pending resolution of the background check. A final decision cannot be made on any application until all national security checks are complete. Various authorities in Washington DC are involved and there is no estimated processing time for completion of this action.

I understand that this may be discouraging, but processing cannot resume until all security clearances have been resolved. If you have not received correspondence from CIS by the end of October, please contact my district office and I will make a follow-up inquiry.

Sincerely

Pete Stark
Member of Congress

FHS/cam

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
*RANKING MEMBER*
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS



## Congress of the United States
### House of Representatives

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:   (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:   (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

June 6, 2006

Ms. Lin Chen
450 Harvard Avenue, Apartment 4E
Santa Clara, California 95051

Dear Ms. Chen:

Thank you for contacting my office regarding your immigration case. I am sorry to hear about the difficulties you are experiencing with your name check. Please be advised that the FBI has verified that your name check was received on October 4, 2003 and is still "pending."

According to the FBI, the name check process is administered by the National Name Check Program and involves several layers of review. Before a name check is completed, it may require review by federal, state, local and foreign agencies. In addition to serving as a reviewing agency, the FBI is the clearinghouse for responses by other agencies. Delays and/or complications may arise due to a common name, spelling variations, frequent travel or changes in residency, criminal history, non-cooperation of foreign governments, multiple references, and inconsistent or incomplete information. In some cases, name checks require further investigation or detailed review.

According to the FBI, additional staff has been added to process the backlog caused by the tremendous volume of name check requests. However, if the delay is the result of another agency or a case requires more extensive review, the FBI cannot proceed with final processing. Unfortunately, some investigations take many months to complete. If your name check is still pending with the FBI after 6 **more** months have passed, please contact my office and I will make another inquiry on your behalf.

Since 2002, USCIS has increased the number and scope of relevant background checks, processing millions of security checks without incident. These security checks are done for all cases involving a petition or application for an immigration service or benefit. USCIS works closely with the Federal Bureau of Investigation (FBI) and other agencies to complete the background checks. The FBI name check is just one part of this process. Included with this letter is a USCIS Fact Sheet on Immigration Security Checks - How and Why the Process Works. This fact sheet may answer additional questions you may have about the entire security screening process.

Please be advised that my office can only inquire regarding the status of your name check and where the FBI has submitted the results. My office cannot request that the process be expedited or waived, nor can my office inquire regarding the specific findings of the FBI or any other investigative agency. Once my office has verified that your name check is under active review, there is no further action to be taken.

I regret that my office could not provide a more favorable response at this time. However, I hope you will find this information useful.

Sincerely,

Mike Honda
Member of Congress

PRINTED ON RECYCLED PAPER



MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:   (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:   (408) 558-8086
GILROY RESIDENTS: (888) 643-4715

# Congress of the United States
## House of Representatives

April 20, 2006

Ms. Lin Chen
450 Harvard Avenue, Apartment 4E
Santa Clara, California 95051

Dear Ms. Chen:

Thank you for contacting me regarding the problem you are having with the FBI. I am sorry to hear about the difficulties you are experiencing in determining the status of your name check.

I have made an inquiry with the FBI on your behalf. It has been my experience that it takes approximately 30-45 days to receive a response from the FBI. Please be advised that I am unable to assure a specific outcome regarding a particular case, or unduly influence the decision of an agency. However, I may inquire as to the status of your case, obtain additional information, or direct you to appropriate resources or services. I will contact you as soon as I receive an agency response.

Thank you for allowing me to be of assistance in this matter.

Sincerely,

*Michael M. Honda*

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at
http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:mw

MICHAEL M. HONDA
15TH DISTRICT, CALIFORNIA

COMMITTEE ON SCIENCE
SUBCOMMITTEES:
RANKING MEMBER
ENERGY
SPACE AND AERONAUTICS

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEES:
AVIATION
HIGHWAYS, TRANSIT, AND PIPELINES
COAST GUARD AND MARITIME TRANSPORTATION

CHAIR
CONGRESSIONAL ASIAN PACIFIC
AMERICAN CAUCUS

WASHINGTON OFFICE:
1713 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
PHONE: (202) 225-2631
FAX:    (202) 225-2699
http://www.house.gov/honda

DISTRICT OFFICE:
1999 SOUTH BASCOM AVENUE
SUITE #815
CAMPBELL, CA 95008
PHONE: (408) 558-8085
FAX:    (408) 558-8086
GILROY RESIDENTS: (888) 643-4715



# Congress of the United States
## House of Representatives

April 12, 2006

Ms. Lin Chen
450 Harvard Avenue, Apartment 4E
Santa Clara, California 95051

Dear Ms. Chen:

Thank you for contacting my office regarding the problem you are having with the Federal Bureau of Investigation. I am sorry to hear of the difficulties you are experiencing with your pending FBI name check.

Please be advised that my office may not influence a federal agency's decision. However, I may make an inquiry on your behalf to determine the status of your case or to obtain additional information or assistance for you.

Please fill out the enclosed authorization form and return it to my office as soon as possible. In order for me to be of assistance, you must include a brief explanation of your specific problem and describe how you would like my office to help you. Please include copies of any relevant documents and return them to my office at the following address:

Congressman Mike Honda
1999 S. Bascom Ave., Suite 815
Campbell, CA 95008

Tel.: (408) 558-8085
Fax: (408) 558-8086

Thank you for allowing me to be of assistance.

Sincerely,

Michael M. Honda

Mike Honda
Member of Congress

To receive updates on issues and events important to you, please sign up at
http://www.house.gov/honda/contactmike.html for my e-mail newsletter.

MH:hm

PRINTED ON RECYCLED PAPER



**U.S. Department of Homeland Security**
USCIS
1887 Monterey Road
San Jose, CA 95112

# U.S. Citizenship and Immigration Services

Wednesday, January 25, 2006

LIN CHEN
450 HARVARD AVE
APT. 4E
SANTA CLARA CA 95051

Dear LIN CHEN:

On 01/25/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 09/09/2003 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | CHEN, LIN |
| **Your USCIS Account Number (A-number):** | A095315518 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name check investigation is completed, we cannot move forward on your case. These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services