SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIN CHEN, | ) |
|     Plaintiff, | ) No. C 07-3147 RS |
|     v. | ) ANSWER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) |
|     Defendants. | ) |

Defendants hereby submit their answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

1. Paragraph One consists of Plaintiff's characterization of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiff's application to her detriment.

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

ANSWER
C07-3147 RS                        1

## JURISDICTION

5. Paragraph Five consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## VENUE

6. Paragraph Six consists of Plaintiffs' allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

## EXHAUSTION OF REMEDIES

7. Defendants deny the allegations in Paragraph Seven.

## CAUSE OF ACTION

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit that the plaintiff's I-485 application continues to be pending with USCIS. Defendants are without sufficient information to admit or deny the remaining allegations in Paragraph Nine.

10. Defendants admit that the FBI name check is still pending.

11. Defendants deny the allegations in Paragraph Eleven.

12. Defendants deny the allegations in Paragraph Twelve.

13. The allegations contained in Paragraph Thirteen consist solely of Plaintiff's conclusions of law for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Thirteen are denied.

## PRAYER

14. Paragraph Fourteen consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

ANSWER
C07-3147 RS                                                    2

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: August 17, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorneys for Defendants

ANSWER
C07-3147 RS                               3