1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12  LIN CHEN,                          )
                                       )  No. C 07-3147 RS
13              Plaintiff,             )
                                       )
14        v.                           )  **DEFENDANTS' CONSENT TO**
                                       )  **MAGISTRATE JUDGE JURISDICTION**
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;   )
16  ROBERT S. MUELLER, Director of Federal )
    Bureau of Investigation,          )
17                                     )
                Defendants.            )
18  _____    )

19      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Defendants

20  in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and

21  all further proceedings in the case, including trial, and order the entry of a final judgment.

22  Dated: August 27, 2007                 Respectfully submitted,

23                                         SCOTT N. SCHOOLS
                                           United States Attorney
24
                                                   /s/
25                                         _____
                                           ILA C. DEISS
26                                         Assistant United States Attorney
                                           Attorneys for Defendants
27

28

    Consent to Magistrate
    C07-3147 RS                        1