**United States District Court**
For the Northern District of California

**\*E-FILED\***
**August 31, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIN CHEN,                                         No. C 07-03147 RS

    Plaintiff,

  v.                                               **CLERK'S NOTICE**

MICHAEL CHERTOFF, et al.

    Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The case management conference in the above-captioned matter currently set for September 26, 2007 at 2:30 p.m. has been **VACATED**.

Dated: August 31, 2007

                                                  For the Court,
                                                  RICHARD W. WEIKING, Clerk

                                                  By:    /s/ Martha Parker Brown
                                                                  Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Ila Casy Deiss    ila.deiss@usdoj.gov, tiffani.chiu@usdoj.gov

Justin X. Wang    justin@lawbw.com, joanna@lawbw.com, ling@lawbw.com, peggy@lawbw.com

**United States District Court**
For the Northern District of California