1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12   LIN CHEN,                          )
                                        )  No. C 07-3147 RS
                   Plaintiff,           )
13                                      )
            v.                          )  **PARTIES' JOINT REQUEST TO BE**
14                                      )  **EXEMPT FROM FORMAL ADR**
     MICHAEL CHERTOFF, Secretary of the )  **PROCESS**
15   Department of Homeland Security;   )
     ROBERT S. MUELLER, Director of Federal )
16   Bureau of Investigation,          )
                                        )
17                 Defendants.          )
                                        )
18   _____)

19       Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

20   Resolution Procedures in the Northern District of California," or the specified portions of the ADR

21   Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

22   options provided by the court and private entities, and considered whether this case might benefit

23   from any of them.

24       Here, the parties agree that referral to a formal ADR process will not be beneficial because this

25   mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

26   her application for adjustment of status.  Given the substance of the action and the lack of any

27   potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

28   court resources.

     Parties' Request for ADR Exemption
     C07-3147 RS                          1

1     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

2   ADR Multi-Option Program and that they be excused from participating in the ADR phone

3   conference and any further formal ADR process.

4   Dated: September 4, 2007                            Respectfully submitted,

5                                                        SCOTT N. SCHOOLS
                                                         United States Attorney
6

7
                                                            _____/s/_____
8                                                        ILA C. DEISS
                                                         Assistant United States Attorney
9                                                        Attorney for Defendants

10

11   Dated: September 4, 2007                          _____/s/_____
                                                        JUSTIN X. WANG
12                                                      Attorney for Plaintiff

13

14
                                          **ORDER**
15
          Pursuant to stipulation, IT IS SO ORDERED.
16

17

18   Date:                              _____

19                                                      RICHARD SEEBORG
                                                        United States Magistrate Judge
20

21

22

23

24

25

26

27

28

Parties' Request for ADR Exemption
C07-3147 RS                              2