SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIN CHEN, ) | No. C 07-3147 RS |
| Plaintiff, ) | |
| v. ) | STIPULATION TO EXTEND HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT and [PROPOSED] ORDER |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, ) | |
| Defendants. ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. On August 30, 2007, Plaintiff's filed a motion for summary judgment, and scheduled the hearing for October 10, 2007.

2. On September 11, 2007, the Defendants requested the USCIS to expedite Plaintiff's name check.

3. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Defendant's Opposition to Plaintiff's Motion:            October 24, 2007

Stip. to Extend Hearing Date
C07-3147 RS                    1

| | | |
|---|---|---|
| 1 | Plaintiff's Reply: | October 31, 2007 |
| 2 | Last day to file/serve Joint Case Management Statement: | November 7, 2007 |
| 3 | Case Management Conference: | November 14, 2007 |
| 4 | Motion for Summary Judgment Hearing: | November 14, 2007 |

Dated: September 12, 2007                                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: September 12, 2007                                    _____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
RICHARD SEEBORG
United States Magistrate Judge

Stip. to Extend Hearing Date
C07-3147 RS                                    2