SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIN CHEN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-3147 RS <br><br> **ORDER GRANTING PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate her application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Parties' Request for ADR Exemption
C07-3147 RS                                   1

1  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
2  ADR Multi-Option Program and that they be excused from participating in the ADR phone
3  conference and any further formal ADR process.

4  Dated: September 4, 2007                    Respectfully submitted,

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6

7
                                                       /s/
8                                              ILA C. DEISS
                                               Assistant United States Attorney
9                                              Attorney for Defendants

10

11 Dated: September 4, 2007                            /s/
                                               JUSTIN X. WANG
12                                             Attorney for Plaintiff

13

14
                                    **ORDER**
15
   Pursuant to stipulation, IT IS SO ORDERED.
16

17

18 Date: September 13, 2007
                                               RICHARD SEEBORG
19                                             United States Magistrate Judge

Parties' Request for ADR Exemption
C07-3147 RS                                    2