```
1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 9/18/07
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN JOSE DIVISION
11
   LIN CHEN,                          )
12                                    )   No. C 07-3147 RS
              Plaintiff,              )
13                                    )
        v.                            )   STIPULATION TO EXTEND HEARING
14                                    )   DATE ON PLAINTIFF'S MOTION FOR
   MICHAEL CHERTOFF, Secretary of the )   SUMMARY JUDGMENT and [PROPOSED]
15 Department of Homeland Security;   )   ORDER
   ROBERT S. MUELLER, Director of Federal )
16 Bureau of Investigation,           )
                                      )
17            Defendants.             )
                                      )
18
```

19   Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys
20 of record, hereby stipulate, subject to the approval of the Court, to the following:
21   1. On August 30, 2007, Plaintiff's filed a motion for summary judgment, and scheduled the
22 hearing for October 10, 2007.
23   2. On September 11, 2007, the Defendants requested the USCIS to expedite Plaintiff's name
24 check.
25   3. In order to allow sufficient time for the FBI to complete the name check, and for USCIS to
26 receive the completed name check result for the Plaintiff, the parties hereby respectfully ask this
27 Court to extend the dates in the Court's scheduling order as follows:
28   Defendant's Opposition to Plaintiff's Motion:        October 24, 2007

Stip. to Extend Hearing Date
C07-3147 RS                           1

| | | |
|---|---|---|
| 1 | Plaintiff's Reply: | October 31, 2007 |
| 2 | Last day to file/serve Joint Case Management Statement: | November 7, 2007 |
| 3 | ~~Case Management Conference:~~ ~~November 14, 2007~~ | |
| 4 | Motion for Summary Judgment Hearing: | November 14, 2007 |

Dated: September 12, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                              /s/
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorney for Defendants


Dated: September 12, 2007                     /s/
                                              JUSTIN X. WANG
                                              Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/14/07

                                              RICHARD SEEBORG
                                              United States Magistrate Judge

Stip. to Extend Hearing Date
C07-3147 RS                  2