1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN JOSE DIVISION
11
   LIN CHEN,                          )
12                                    )   No. C 07-3147 RS
                 Plaintiff,           )
13                                    )
           v.                         )   STIPULATION TO DISMISS WITHOUT
14                                    )   PREJUDICE; and [PROPOSED] ORDER
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security;   )
   ROBERT S. MUELLER, Director of Federal )
16 Bureau of Investigation,           )
                                      )
17               Defendants.          )
                                      )
18

19     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice

21 because United States Citizenship and Immigration Services (USCIS) agrees to grant Plaintiff's

22 Form I-485 application for adjustment of status within seven (7) days of receiving her updated

23 biometrics.

24     The parties further request that the Court vacate the November 14, 2007 hearing on the parties

25 cross-motions for summary judgment.

26     Each of the parties shall pay their own costs and fees.

27 ///

28 ///

Stip. to Dismiss
C07-3147 RS                              1

| | |
|---|---|
| Dated: October 24, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: October 24, 2007 | _____/s/_____<br>JUSTIN X. WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

RICHARD SEEBORG
United States Magistrate Judge

Stip. to Dismiss
C07-3147 RS                    2