1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants

*E-FILED 10/24/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIN CHEN, | ) |
| Plaintiff, | ) No. C 07-3147 RS |
| v. | ) STIPULATION TO DISMISS WITHOUT |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) PREJUDICE; and [~~PROPOSED~~] ORDER |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice because United States Citizenship and Immigration Services (USCIS) agrees to grant Plaintiff's Form I-485 application for adjustment of status within seven (7) days of receiving her updated biometrics.

The parties further request that the Court vacate the November 14, 2007 hearing on the parties cross-motions for summary judgment.

Each of the parties shall pay their own costs and fees.

///

///

1 | Dated: October 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 24, 2007

_____/s/_____
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 24, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge